NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COLIBRI HEART VALVE LLC,**

*Appellant*

**v.**

**EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC,**

*Appellees*

---

2024-1272

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00878.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2      COLIBRI HEART VALVE LLC v. EDWARDS LIFESCIENCES CORPORATION

(2)  Each side shall bear their own costs.

FOR THE COURT

March 12, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 12, 2024